1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                        * * *

BRANCH BANKING AND TRUST                    )
9    COMPANY, a North Carolina corporation,       )
                                                  )
10                       Plaintiff,               )        2:12-CV-01781-LRH-PAL
                                                  )
11   v.                                           )
                                                  )        ORDER
12   27TH & SOUTHERN HOLDING, LLC, a              )
     Nevada limited liability corporation; YOEL   )
13   INY; NOAM SCHWARTZ; YOEL INY,                )
     Trustee of the Y&T INY FAMILY TRUST          )
14   dated June 8, 1994; NOAM SCHWARTZ,           )
     Trustee of the NOAM SCHWARTZ TRUST           )
15   dated August 19, 1999; D.M.S.I., LLC, a      )
     Nevada limited liability company; and DOES   )
16   1 through 10, inclusive,                     )
                                                  )
17                       Defendants.              )
     _____  )

18

19          Before the court is Defendants 27th & Southern Holding, LLC; Yoel Iny (individually and

20   as trustee of the Y&T Iny Family Trust); Noam Schwartz (individually and as trustee of the Noam

21   Schwartz Trust); and D.M.S.I., LLC's ("Defendants'") Notice of Decisions by the Nevada Supreme

22   Court and Motion to Lift Stay.  Doc. #16.[1]  Pursuant to the Court's December 13, 2012 Order, this

23   action was stayed pending the resolution of related proceedings before the Nevada Supreme Court.

24   Doc. #10.  As the aforementioned proceedings before the Nevada Supreme Court have concluded,

25

26   _____

          [1] Refers to Court's docket number.

1  the Court hereby grants Defendants' Motion to Lift Stay.  *See* Doc. #16.

2          IT IS THEREFORE ORDERED that Defendants' Motion to Lift Stay (Doc. #16) is

3  GRANTED.

4          IT IS SO ORDERED.

5          DATED this 19th day of December, 2013.

6

7                                                      _____
                                                       LARRY R. HICKS

8                                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26