UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | CASE NO. 2:12-cv-1781-LRH-PAL |
| Plaintiff, | MINUTES OF COURT |
| vs. | DATE: Monday, May 16, 2016 |
| 27th & SOUTHERN HOLDING, LLC, et al. |  |
| Defendant(s). |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                   Reporter: Donna Davidson
Counsel for Plaintiff:   Jeremy Nork, Esq. and Nicole E. Lovelock, Esq.
Counsel for Defendant:   Bart Larsen, Esq.

MINUTES OF PROCEEDINGS: Hearing Regarding Fair Market Value

8:40 a.m. Court convenes. Counsel states their appearances for the record. The Court acknowledges the Stipulations Regarding Fair Market Value and Proposed Orders received in cases 2:12-cv-1679-LRH-PAL, 2:12-cv-1736-LRH-CWH, and 2:12-cv-1775-LRH-PAL. The Court will review the stipulations and approve accordingly.

Mr. Nork represents to the Court that counsel has reached a stipulation as to the admissibility of Plaintiff's Exhibit 3 and Defendant's Exhibit 502. IT IS ORDERED that Plaintiff's Exhibit 3 and Defendant's Exhibit 502 are admitted.

Thomas J. Rottkamp is called on behalf of the plaintiff, is sworn and testifies on direct examination by Mr. Nork. Mr. Rottkamp is designated as an expert witness. Plaintiff's Exhibit 2 is offered; no objection; Plaintiff's Exhibit 2 is admitted. Cross examination by Mr. Larsen. Re-direct examination by Mr. Nork.

10:44 a.m. Court stands at recess.

11:03 a.m. Court reconvenes. Counsel is present.

Thomas J. Rottkamp resumes the witness stand and continues testimony on re-direct examination by Mr. Nork. Re-cross examination by Mr. Larsen. The witness is excused.

Branch Banking and Trust Company
v.
27th & Southern Holding, LLC, et al.
Fair Market Value Hearing
May 16, 2016
Page 2
_____/

Plaintiff rests.

Mr. Larsen notifies the Court that his witness has been delayed and requests to take the noon recess early. The Court grants the request.

11:17 a.m. Court stands at recess.

1:34 p.m. Court reconvenes. Counsel is present.

Jan Sell is called on behalf of defendants, is sworn and testifies on direct examination by Mr. Larsen. Mr. Sell is designated as an expert witness. Cross examination by Mr. Nork. Re-direct examination by Mr. Larsen. The witness is excused.

3:24 p.m. Court stands at recess.

3:39 p.m. Court reconvenes. Counsel is present.

Mr. Nork presents argument on behalf of the plaintiff.

Mr. Larsen presents argument on behalf of the defendant.

The Court makes closing comments. The matter stands submitted.

3:55 p.m. Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:     <u>Dionna Negrete</u>
                                                Deputy Clerk