UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: ___2:12-cv-01781_____

Court of Appeals Case Number: __16-16393_____

Case Caption: ___Branch Banking and Trust Company v. 27th & Southern Holding, LLC, et. al_____

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal
for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 10/28/14 | 52 | Hearing re Motion to Compel | | No |
| 05/16/16 | 93 | Hearing re Fair Market Value | Davidson | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: _August 25, 2016_____

_____
Signature

_____
E. Daniel Kidd, Esq.
Print Name

_____
27th & Southern Holding, LLC, et. al
Appellant/Appellee