UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>27TH & SOUTHERN HOLDING, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-01781-LRH-PAL |

### STIPULATED ORDER TO VACATE JUDGMENTS AND TO DISMISS ACTION WITH PREJUDICE

Plaintiff BRANCH BANKING AND TRUST COMPANY ("BB&T" or "Plaintiff"), by and through its undersigned counsel of record, and Defendants 27TH & SOUTHERN HOLDING, LLC, YOEL INY, NOAM SCHWARTZ, YOEL INY as Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994, NOAM SCHWARTZ as Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999, and D.M.S.I., L.L.C. (collectively "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree to the entry of

this Stipulated Order by this Court providing as follows:

1. The Final Deficiency Judgment entered in this action in favor of BB&T and against Defendants on July 11, 2016 [ECF No. 97] in the amount of $2,049,808.83 is hereby vacated;

2. The Judgment entered in this action in favor of BB&T and against Defendants on February 8, 2017 [ECF No. 112] awarding BB&T attorney fees in the amount of $160,971.77 and nontaxable costs in the amount of $9,842.47 is hereby vacated;

3. All claims and counterclaims asserted in this action are hereby dismissed with prejudice; and

4. The parties shall each bear their own attorney fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

DATED this 19 day of Dec., 2017.          DATED this 6th day of Nov., 2017.

**HOLLAND & HART LLP**                     **KOLESAR & LEATHAM**

By _____                 By _____
JEREMY J. NORK, ESQ.                       BART K. LARSEN, ESQ.
FRANK Z. LAFORGE, ESQ.                     400 South Rampart Boulevard, Suite 400
5441 Kietzke Lane, Second Floor            Las Vegas, Nevada 89145
Reno, Nevada 89511

*Attorneys for Plaintiff*                  *Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2017